**NOT DESIGNATED FOR PUBLICATION**

**STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT**

**03-1221**


**DAVID SLADE**

**VERSUS**

**UNITED AGENTS INSURANCE
COMPANY OF LOUISIANA**


************

APPEAL FROM THE
CITY COURT OF PINEVILLE,
PARISH OF RAPIDES, NO. 01-623,
HONORABLE J. PHILLIP TERRELL, JR., CITY JUDGE

************

**MICHAEL G. SULLIVAN
JUDGE**

************

Court composed of Jimmie C. Peters, Michael G. Sullivan, and Glenn B. Gremillion, Judges.


**AFFIRMED.**

**Wilbert J. Saucier, Jr.**
**Attorney at Law**
**Post Office Box 4466**
**Pineville, Louisiana 71361**
**(318) 473-4146**
**Counsel for Plaintiff/Appellee:**
       **David Slade**

**Joseph J. Bailey**
**Provosty, Sadler & deLaunay,**
 **Fiorenza and Sobel**
**Post Office Drawer 1791**
**Alexandria, Louisiana 71309-1791**
**(318) 445-3631**
**Counsel for Defendant/Appellant:**
       **Louisiana Insurance Guaranty Association**